JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In the Matter of the Petition for the Appointment of an Umpire in the Arbitration Between:<br><br>CONTINENTAL INSURANCE COMPANY,<br><br>        Petitioner,<br><br>v.<br><br>CLEARWATER INSURANCE (formerly known as Odyssey Reinsurance Corporation and Skandia America Reinsurance Corporation),<br><br>        Respondent. | Case No. 2:13-cv-3524-DMG (JEMx)<br><br>**ORDER RE DISMISSAL WITHOUT PREJUDICE [11]** |

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

[PROPOSED] ORDER RE DISMISSAL WITHOUT PREJUDICE

CPAM: 5553152.1

1  The Court has reviewed the parties' Stipulation Re Dismissal (the
2  "Stipulation").  Good cause appearing, the Court hereby orders as follows:
3     1. The Petition is hereby dismissed without prejudice.
4     2. The Court will make no award of costs or fees in this matter, and any
5  claim for costs or fees shall be preserved for resolution by the arbitration panel as
6  set forth in the parties' Stipulation.

**IT IS SO ORDERED.**

Dated:   June 5, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER RE DISMISSAL WITHOUT PREJUDICE

CPAM: 5553152.1